```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683051518
Cashier ID: lbreeden
Transaction Date: 09/15/2021
Payer Name: JUSTIN CORNELL
----------------------------------
WRIT OF HABEAS CORPUS
 For: JUSTIN CORNELL
 Amount:        $5.00
----------------------------------
CHECK
 Check/Money Order Num: 173516
 Amt Tendered:  $5.00
----------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

Case #3:21-cv-593
```