3:21cv593

Justin Cornell, 1738299
1607 Planters Road
Lawrenceville, VA 23868
Petitioner pro se

FILED
MAILROOM

SEP - 9 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Clerk of Court
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

September 5, 2021

Re: Cornell v. Clarke, Petition for Writ of Habeas
Corpus, Attachment (original + 3 copies)

Dear Honorable Clerk,
                    I mailed my petition, and
attachments on August 31, but I forgot this last
page with the essential ground claiming a violation
of constitutional rights. Please add it to the
petition. Thank you very much. Sorry for the
inconvenience.
        Your humble servant,

                        Justin Cornell
                        L.V.C.C., 81-209
cc: Office of the Attorney General, 202 N. 9th St., Richmond 23219

_Cornell v. Clarke_
_Attachment to Petition_

_Ground Seven:_   The accumulation of errors in this case violated Mr. Cornell's right to due process.

_Supporting Facts:_

See above.

_Cornell v. Clarke_

_Attachment to Petition_

Ground Seven:   The accumulation of errors in this case violated Mr. Cornell's right to due process.

Supporting Facts:

See above.

*Cornell v. Clarke*
*Attachment to Petition*

Ground Seven:   The accumulation of errors in this case violated Mr. Cornell's right to due process.

Supporting Facts:

See above.

-29-

Cornell v. Clarke

Attachment (e Petition

Ground Seven:  The accumulation of errors in this case violated Mr. Cornell's right to due process.

Supporting Facts:

See above.