Justin Cornell, 1738299
LVCC, 81-209
1607 Planters Road
Lawrenceville, VA 23868

RICHMOND VA 230

7 SEP 2021 PM 4 L



Clerk of Court
United States District Court
Eastern District of Virginia
401 Courthouse Square,
Alexandria, VA 22314

OUTGOING
SEP 07 2021

US MARSHALS SERVICE

Legal Mail

22314-570499