AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| JUSTIN CORNELL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  3:21cv593 |
| DIRECTOR HAROLD CLARKE | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Harold Clarke                           .

Date:  10/01/2021

/s/
*Attorney's signature*

Craig W. Stallard, VSB No. 43227
*Printed name and bar number*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia  23219

*Address*

oagcriminallitigation@oag.state.va.us
*E-mail address*

(804) 786-2071
*Telephone number*

(804) 371-0151
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

JUSTIN CORNELL,

        Petitioner,

v.     Action No. 3:21cv593

DIRECTOR HAROLD CLARKE,

        Respondent

## CERTIFICATE OF SERVICE

I certify that on October 1, 2021, I have electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system; and I hereby certify that I have mailed the document and a copy of the Notice of Electronic Filing (NEF) to: Justin Cornell, petitioner *pro se*.

/s/_____
Craig W. Stallard (VSB #43227)
Assistant Attorney General

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia  23219
Phone:     (804) 786-2071
Facsimile: (804) 371-0151
oagcriminallitigation@oag.state.va.us