In The United States District Court
For The Eastern District of Virginia
Richmond Division

Justin Cornell, No. 1738299,
    Petitioner,

v.                                        Civil Action No.: 3:21cv593

Director, VADOC,
    Respondent.

## Motion For Extension of Time

    The petitioner, pro se, moves this Court for an extension of thirty days within which to file an Opposition to Motion To Dismiss, a Motion For Stay and Abeyance, a Proposed First Amended Petition, and Points and Authorities in Support of Opposition in this case. In support thereof, the petitioner states the following:

    1. On November 4, 2021, Lawrenceville Correctional Center (LVCC) went on lockdown, and remains so as of today, November 12, 2021. The petitioner, Justin Cornell, an inmate at LVCC, received the respondent's Motion To Dismiss (MTD) on November 12, 2021.

    2. Mr. Cornell's only access to the Law Library is through a constitutionally insufficient paging system whereby the petitioner mails a request for each law, and each authority cited by the respondent. Then the Law

Library mails back the requested materials. A process which takes a week, if everything goes right.

3. Mr. Cornell is not a lawyer. Due to the complexity of the issues, and procedures, the petitioner needs additional time to prepare a responsive pleading.

4. Mr. Cornell has no access to the internet, Lexis Nexis, a computer, or a typewriter to aid in the preparation. The petitioner has no access to copy services, and is using every sheet of carbon paper he owns.

Wherefore, the petitioner requests an extension of time to December 22, 2021, by which to file his Opposition to Motion To Dismiss, Motion For Stay and Abeyance, Proposed First Amended Petition, and Points and Authorities in Support of Opposition in this matter.

Respectfully submitted,

_____ Cornell

Justin Cornell, 1738299
LVCC, 81-209
1607 Planters Road
Lawrenceville, VA 23868
Petitioner, pro se

2

## Certificate of Service

On November 14, 2021 a true copy of this Motion for Extension of Time was placed in the LVCC mailbox, to be mailed via first class U.S.P.S. to Office of the Attorney General, c/o Craig W. Stallard, Senior Assistant Attorney General, VSB #43227, Criminal Appeals Section, 202 North Ninth Street, Richmond, VA 23219, counsel for the respondent.

*[signature]*

Justin Cornell, 1738299
Petitioner, pro se

Notary services unavailable.