Justin Cornell, 1738299
1607 Planters Road
Lawrenceville, VA 23868
Petitioner, pro se

Clerk of Court
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, VA 23219-3528



November 14, 2021

Re: Civil Action No.: 3:21cv593, Justin Cornell v. Director, VADOC

Dear Honorable Clerk,

  Please find and file, at your earliest convenience, the petitioners Motion for Extension of Time (original, and two copies) in the above referenced matter.

  Thank you very much.
  Your humble servant,

  Justin Cornell
  Petitioner, pro se