Justin Cornell, 1738299
LVCC, 81-209
1607 Planters Road
Lawrenceville, VA 23868

RECEIVED
NOV 15 2021

Legal Mail

RICHMOND VA 230
15 NOV 2021 PM 3

Clerk of Court
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, VA 23219-3528

23219-352899