IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JUSTIN CORNELL,

    Petitioner,

v.                                    Civil Action No. **3:21CV593**

DIRECTOR HAROLD CLARKE,

    Respondent.

**MEMORANDUM ORDER**
**(Granting Motion for Extension of Time)**

Upon good cause shown, Fed. R. Civ. P. 6(b)(1)(A), Petitioner's Motion for an Extension of Time (ECF No. 10) is GRANTED. Petitioner shall file any response within forty-five (45) days from the date of entry hereof.

The Clerk is DIRECTED to send a copy of the Memorandum Order to Petitioner and counsel of record.

It is so ORDERED.

                                                                 /s/
                                        Elizabeth W. Hanes
                                        United States Magistrate Judge

Date: November 23, 2021
Richmond, Virginia