Hasler
12/20/2021
US POSTAGE $00⁸
ZIP 23
041E11692

U.S. MARSHALS
RECEIVED

U.S. INSPECTED

Justin Connell, 1738299
LVCC, 81-209
1607 Planters Road
Lawrenceville, VA 23868

Clerk of Court
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, Virginia 23219-3528

1 of 2

Label 107R, May 2014    For Domestic and International Use

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL ★
★ TRACKED ★
★ INSURED ★

Legal Mail