Hasler
12/20/2021
US POSTAGE $0.08
ZIP 23219
011E11893

U.S. MARSHALS
RECEIVED

U.S. INSPECTED

Justin Connell, 1738299
LVCC, 81-209
1607 Planters Road
Lawrenceville, VA 23868

Clerk of Court
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, Virginia 23219-3528

1 of 2

1 of 1

For Domestic and International Use
Label 107R, May 2014




PRIORITY MAIL
★ TRACKED ★
★ INSURED ★
UNITED STATES POSTAL SERVICE®

Legal Mail