

Justin Cornell, 1738299
1607 Planters Road
Lawrenceville Prison
Lawrenceville, VA 23868

United States District Court
Eastern District of Virginia
Richmond Division
701 E. Broad Street, Suite 3000
Richmond, Virginia 23219-3528

December 18, 2021

Dear Honorable Clerk,

    Please send me a Pro Se Litigant Reference Handbook. I am an indigent prisoner, and I have no access to the internet. I have a pro se case pending in this Court, #3:21cv593.
    Thank you very much for your assistance in this matter.
    Sincerely,

*Justin Cornell*

Justin Cornell, 1738299