Justin Cornell, 1738299
L.V.C.C., 81-209,
1607 Planters Road
Lawrenceville, VA 23868

RICHMOND VA 230
20 DEC 2021 PM 4 L



United States District Court
Eastern District of Virginia
Richmond Division
701 East Broad Street, Suite 3000
Richmond, Virginia 23219-3528

Legal Mail

23219-352899

DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED THIS ITEM
THEREFORE THE DEPARTMENT DOES NOT
ASSUME RESPONSIBILITY FOR ITS CONTENTS

OUTGOING
DEC 2 0 2021