IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Richmond Division*

**JUSTIN CORNELL, No. 1738299,**
    *Petitioner,*

v.        Civil Action No.: 3:21cv593

**DIRECTOR,**
**DEPARTMENT OF CORRECTIONS,**
    *Respondent.*

**RESPONDENT'S CORRECTED RULE 5 ANSWER**
**AND MOTION TO DISMISS**

    The Respondent, by counsel, pursuant to Rule 5, Rules Governing Section 2254 Cases, moves the Court to dismiss Justin Cornell's petition for a writ of habeas corpus.

    1.    The reasons requiring dismissal are set forth in the accompanying brief that is incorporated by this reference.

    2.    Each and every allegation not expressly admitted should be taken as denied.

    3.    The reasons for dismissal of the petition are ascertainable from the record and the applicable law without the need of an evidentiary hearing. *See* 28 U.S.C. § 2254(d) and (e).

    4.    The state court records have been previously requested and should be in the custody of the Court.

WHEREFORE, the Respondent prays that the petition for a writ of habeas corpus be dismissed without an evidentiary hearing.

        Respectfully submitted,

        **DIRECTOR,**
        **DEPARTMENT OF CORRECTIONS**
        Respondent herein

        _____/s/_____
        Craig W. Stallard
        Senior Assistant Attorney General
        Virginia State Bar No. 43227
        Counsel for Respondent
        Office of the Attorney General
        202 North Ninth Street
        Richmond, VA 23219
        Telephone:  (804) 786-2071
        Facsimile:   (804) 371-0151
        Email: oagcriminallitigation@oag.state.va.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2022, a copy of this Rule 5 Answer and Motion to Dismiss was electronically filed with the Clerk of Court using the CM/ECF and a copy was mailed to the petitioner, Justin Keith Cornell, No. 1738299, VADOC Mail Distribution Center, 3521 Woods Way, State Farm, Virginia 23160, petitioner *pro se*.

_____/s/_____
Craig W. Stallard
Senior Assistant Attorney General
Virginia State Bar No. 43227
Counsel for Respondent

Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219
Telephone:  (804) 786-2071
Facsimile:   (804) 371-0151
Email: oagcriminallitigation@oag.state.va.us