RESPONDENT'S EXHIBIT 1

VIRGINIA:

IN THE CIRCUIT COURT OF THE CITY OF VIRGINIA BEACH

JUSTIN CORNELL, NO. 1738299,

        Petitioner,

v.                                  CASE NO. CL19-5935

DIRECTOR,
DEPARTMENT OF CORRECTIONS,

        Respondent.

## ORDER

Comes now the petitioner, Justin Cornell, on his motion for a nonsuit of his pending petition for a writ of habeas corpus, pursuant to Code § 8.01-380.

The Court having reviewed the motion and finding there has been no previous nonsuit in this case and there being no objection from the respondent, it is hereby

ADJUDGED, ORDERED, AND DECREED that the petitioner's motion for a non-suit be, and hereby is, granted and this petition for a writ of habeas corpus is nonsuited.

A copy of this Order shall be delivered to the petitioner and Craig W. Stallard, Senior Assistant Attorney General.

Endorsement by the parties is waived pursuant to Rule 1:13.

Entered: This 30th day of July, 2021.

/s/ Stephen C. Mahan
Judge

Endorsements waived by Court.

7/30/2021