# VIRGINIA:



*In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on Wednesday the 15th day of December, 2021.*

Justin Cornell, No. 1738299,                                          Petitioner,

   against       Record No. 211062

Harold Clarke, Director, VDOC,                                 Respondent.

Upon a Petition for a Writ of Habeas Corpus

On consideration of the petition of Justin Cornell praying that a writ of habeas corpus ad subjiciendum do forthwith issue, directed to Harold Clarke, Director, VDOC, respondent, it is ordered that a rule do forthwith issue against the said respondent, returnable to this Court on or before January 24, 2022, to show cause, if any he can, why a writ of habeas corpus should not issue as prayed. Leave is granted the petitioner to file a reply to the responsive pleading that does not exceed 10 pages on or before February 23, 2022.

A Copy,

Teste:

Muriel-Theresa Pitney, Clerk

By: *[signature]*

Deputy Clerk