RESPONDENT'S EXHIBIT 3

# VIRGINIA:

*In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on Wednesday the 6th day of July, 2022.*

Justin Cornell, No. 1738299,                                        Petitioner,

against            Record No. 211062

Harold Clarke, Director, VDOC,                                    Respondent.

Upon a Petition for a Writ of Habeas Corpus

Upon consideration of the petition for a writ of habeas corpus filed November 9, 2021, the rule to show cause, the respondent's motion to dismiss, and petitioner's reply, the Court transfers this matter to the Circuit Court of the City of Virginia Beach pursuant to Code § 8.01-380(A).

Upon further consideration whereof, the respondent's motion to dismiss is denied as moot and the rule is discharged.

A Copy,

Teste:

Muriel-Theresa Pitney, Clerk

By: *[signature]*

Deputy Clerk