**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
*Richmond Division*

**JUSTIN CORNELL, No. 1738299,**
    *Petitioner,*

v.                                                                Civil Action No.: 3:21cv593

**DIRECTOR,
DEPARTMENT OF CORRECTIONS,**
    *Respondent.*

**CORRECTED NOTICE OF MOTION PURSUANT TO LOCAL RULE 7(K)**

**TO:**     **Justin Keith Cornell, No. 1738299,
Lawrenceville Correctional Center,
1607 Planters Road,
Lawrenceville, Virginia 23868**

**Mailing Address:**     **VADOC Mail Distribution
3521 Woods Way,
State Farm, Virginia 23160**

The attached motion, which may be dispositive or partially dispositive of this § 2254 habeas corpus action, has been filed with this Court.

Pursuant to Rule 7(K), *U.S. District Court Rules (E.D. VA)*, and consistent with *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), you are hereby notified that:

(1) A *pro se* party is entitled to file a response opposing the motion and that any such response must be filed within twenty-one (21) days of the date on which the dispositive or partially dispositive motion was filed; and

(2) The Court could dismiss the action on the basis of the moving party's papers if the *pro se* party does not file a response; and

(3) A *pro se* party must identify all facts stated by the moving party with which the *pro se* party disagrees and must set forth the *pro se* party's version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury); and

(4) A *pro se* party is also entitled to file a legal brief in opposition to one filed by the moving party.

Respectfully submitted,

**DIRECTOR,**
**DEPARTMENT OF CORRECTIONS**

Respondent

\_\_\_\_\_/s/_____

Craig W. Stallard
Senior Assistant Attorney General
Virginia State Bar No. 43227

Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 786-2071
Facsimile: (804) 371-0151
oagcriminallitigation@oag.state.va.us

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2022, a copy of this Notice was electronically filed with the Clerk of Court using the CM/ECF and a copy was mailed to the petitioner, Justin Keith Cornell, No. 1738299, VADOC Mail Distribution, 3521 Woods Way, State Farm, Virginia 23160, petitioner *pro se*.

                                                  /s/
                                      Craig W. Stallard
                                      Senior Assistant Attorney General
                                      Virginia State Bar No. 43227
                                      Counsel for Respondent

                                      Office of the Attorney General
                                      202 North Ninth Street
                                      Richmond, VA 23219
                                      Telephone:  (804) 786-2071
                                      Facsimile:   (804) 371-0151
                                      Email: oagcriminallitigation@oag.state.va.us