Justin Cornell, 1738299
1607 Planters Road
Lawrenceville, VA 23868
Petitioner pro se

Clerk of Court
Untied States District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, Virginia 23219-3528

Re: <u>Civil Action No.: 3:21cv593</u>            <u>October 7, 2022</u>

Dear Honorable Clerk,

 Please find and file in the above referenced case the enclosed Petitioner's Response to Respondent's Corrected Rule 5 Answer and Motion to Dismiss, and Petitioner's Response to Respondent's Corrected Brief in Supoort of Rule 5 Answer and Motion to Dismiss Without Prejudice.

 Thank you very much for your assistance in this matter.

 Sincerely yours,

*/s/ Justin Cornell*
Justin Cornell
Petitioner pro se

cc: w/enclosure
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219