J.K. Cornell, 1738299
LVCC 33 120
1607 Planters Road
Lawrenceville, VA
23868

RECEIVED

OCT 13 2022

RICHMOND VA 230

13 OCT 2022 PM 5 L



Clerk of Court
United States District Court
Eastern District of Virginia
Richmond Division
701 East Broad Street, Suite 3000
Richmond, VA 23219-3528

MARSHALS INSPECTED

Legal Mail

23219-352899


Case 3:21-cv-00593-DJN-MRC Document 26-2 Filed 10/14/22 Page 2 of 2 PageID# 386

DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED THIS ITEM
THEREFORE THE DEPARTMENT DOES NOT
ASSUME RESPONSIBILITY FOR ITS CONTENTS

OUTGOING
OCT 13 2022