AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern----------------------- DISTRICT OF   ----------------Virginia--------------------
Richmond Division

Justin Cornell,

      Plaintiff,

v.

Harold Clarke, Director V.D.O.C,

      Defendant.

**JUDGMENT IN A CIVIL CASE**
Case number: 3:21cv593

[ ] **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court**. *This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that the Amended Motion to Dismiss is GRANTED and the action is DISMISSED WITHOUT PREJUDICE. Judgment is hereby entered against Plaintiff, Justin Cornell, in favor of the Defendant, Harold Clarke, Director, V.D.O.C.

December 16, 2022
Date

FERNANDO GALINDO,
Clerk

(By) Deputy Clerk